Attachment A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED
JAN 19 2021
U.S. DISTRICT COURT
ELKINS WV 26241

STEVEN CRAIG WHYTE
*Your full name*

**FEDERAL CIVIL RIGHTS COMPLAINT**
(***BIVENS* ACTION**)

v.

Civil Action No.: 3:21cv9
*(To be assigned by the Clerk of Court)*

Officers R. SKINNER, D. MCINTYRE, HUNT, STICKNEY, LT. BARBER, LT. BARRIENTOS, LT. ABDELLAZ, A. MOYERS

Groh
Trumble
Sims

*Enter above the full name of defendant(s) in this action*

## I. JURISDICTION

This is a civil action brought pursuant to **Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)**. The Court has jurisdiction over this action pursuant to Title 28 U.S.C. §§ 1331 and 2201.

## II. PARTIES

*In Item A below, place your full name, inmate number, place of detention, and complete mailing address in the space provided.*

   A.   Name of Plaintiff: Steven Craig Whyte   Inmate No.: 21387-040
        Address: U.S.P. LEE, P.O. BOX 305, Jonesville, VA 24263

*In Item B below, place the full name of each defendant, his or her official position, place of employment, and address in the space provided.*

**Attachment A**

B. Name of Defendant: R. Skinner
Position: Federal Correction Officer
Place of Employment: U.S.P. Hazelton
Address: P.O. Box 2000, Bruceton Mills, West Virginia, 26525

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred? ☑ Yes ☐ No

If your answer is "YES," briefly explain: He was working as a federal officer

B.1 Name of Defendant: D. McIntyre
Position: Federal Correction Officer
Place of Employment: U.S.P. Hazelton
Address: U.S.P. Hazelton, P.O. Box 2000, Bruceton Mills, West Virginia 26525

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred? ☑ Yes ☐ No

If your answer is "YES," briefly explain: He was working as a federal officer

B.2 Name of Defendant: Hunt
Position: Federal Correction Officer
Place of Employment: U.S.P. Hazelton
Address: U.S.P. Hazelton, P.O. Box 2000, Bruceton Mills, West Virginia 26525

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred? ☑ Yes ☐ No

**Attachment A**

If your answer is "YES," briefly explain: He was working as a federal officer

B.3  Name of Defendant: Officer Stickney
Position: Federal Correction Officer
Place of Employment: U.S.P. Hazelton
Address: U.S.P. Hazelton, P.O. Box 2000, Bruceton Mills, West Virginia 26525

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?  ☒ Yes  ☐ No

If your answer is "YES," briefly explain: He was employed as a federal officer

B.4  Name of Defendant: Lieutenant Barber
Position: Lieutenant at U.S.P. Hazelton
Place of Employment: U.S.P. Hazelton
Address: U.S.P. Hazelton, P.O. Box 2000, Bruceton Mills, West Virginia 26525

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?  ☒ Yes  ☐ No

If your answer is "YES," briefly explain: He was employed as an federal officer

B.5  Name of Defendant: Lieutenant Barrientos
Position: Lieutenant
Place of Employment: U.S.P. Hazelton
Address: U.S.P. Hazelton, P.O. Box 2000, Bruceton Mills, West Virginia 26525

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?  ☒ Yes   ☐ No

If your answer is "YES," briefly explain: He was employed as a Federal Employee at the time

## III. PLACE OF PRESENT CONFINEMENT

Name of Prison/ Institution: U.S.P. LEE

A.  Is this where the events concerning your complaint took place?
☐ Yes   ☒ No

If you answered "NO," where did the events occur?
U.S.P. Hazelton

B.  Is there a prisoner grievance procedure in the institution where the events occurred?   ☒ Yes   ☐ No

C.  Did you file a grievance concerning the facts relating to this complaint in the prisoner grievance procedure?
☒ Yes   ☐ No

D.  If your answer is "NO," explain why not: _____

E.  If your answer is "YES," identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed

**Attachment A**

and state the result at level one, level two, and level three. **ATTACH GRIEVANCES AND RESPONSES:**

LEVEL 1 Appeal to Mid-Atlantic Region (BP-9)

LEVEL 2 Appeal to Central Office (BP-10

LEVEL 3 SEE ATTACHED

IV. PREVIOUS LAWSUITS AND ADMINISTRATIVE REMEDIES

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?   ☐ Yes   ☑ No

B. If your answer is "YES", describe each lawsuit in the space below. If there is more than one lawsuit, describe additional lawsuits using the same format on a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

 1. Parties to this previous lawsuit:

    Plaintiff(s):_____

    Defendant(s):_____

 2. Court: _____
    *(If federal court, name the district; if state court, name the county)*

 3. Case Number:_____

 4. Basic Claim Made/Issues Raised: _____
    _____
    _____
    _____

 5. Name of Judge(s) to whom case was assigned:
    _____

 6. Disposition: _____
    *(For example, was the case dismissed? Appealed? Pending?)*

 7. Approximate date of filing lawsuit:_____

**Attachment A**

        8.      Approximate date of disposition. Attach Copies:_____

C.    Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?
      ☐ Yes      ☐ No

D.    If your answer is "YES," briefly describe how relief was sought and the result. If your answer is "NO," explain why administrative relief was not sought.

_____
_____
_____
_____

E.    Did you exhaust available administrative remedies?
      ☐ Yes      ☐ No

F.    If your answer is "YES,", briefly explain the steps taken and attach proof of exhaustion. If your answer is "NO," briefly explain why administrative remedies were not exhausted.

_____
_____
_____
_____
_____

G.    If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G. PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

        1.      Parties to previous lawsuit:

**Attachment A**

Plaintiff(s): _____

Defendant(s): _____

2. Name and location of court and case number:

    _____
    _____
    _____

3. Grounds for dismissal:   ☐ frivolous   ☐ malicious
   ☐ failure to state a claim upon which relief may be granted

4. Approximate date of filing lawsuit: _____

5. Approximate date of disposition: _____

V.   STATEMENT OF CLAIM

*State here, as **BRIEFLY** as possible, the <u>facts</u> of your case. Describe what <u>each</u> defendant did to violate your constitutional rights. **You must include allegations of specific wrongful conduct as to EACH and EVERY defendant in the complaint.** Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph. **UNRELATED CLAIMS MUST BE RAISED IN SEPARATE COMPLAINTS WITH ADDITIONAL FILING FEES. NO MORE THAN FIVE (5) TYPED OR TEN (10) NEATLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT.** (LR PL 3.4.4)*

CLAIM 1: _Excessive use of Force_ _____

_____
_____
_____
_____

Supporting Facts: _Please See Attachment_ _____

**Attachment A**

CLAIM 2: Sexual Assault

Supporting Facts: PLEASE SEE ATTACHMENT

CLAIM 3: Denial of Due Process

Supporting Facts: PLEASE SEE ATTACHMENT

CLAIM 4: _____

Supporting Facts: _____

**Attachment A**

CLAIM 5: _____

_____

_____

_____

_____

_____

Supporting Facts: _____

_____

_____

_____

## VI. INJURY

Describe **BRIEFLY and SPECIFICALLY** how you have been injured and the exact nature of your damages.

Physically injured from the excessive use of force and sexual assault, as well as emotionally injured and traumatized. Also physical and emotional injuries from failure of defendant to provide adequate medical care (PLEASE SEE ATTACH)

## VII. RELIEF

State **BRIEFLY and EXACTLY** what you want the Court to do for you. *Make no legal arguments. Cite no cases or statutes.*

1) Issue an injunction ordering the expulsion of the disciplinary conviction described in this Complaint
2) Award compensatory and punitive damages to Plaintiff in the sum of $1,000,000 (SEE ATTACH)

**Attachment A**

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate. Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at  U.S.P.  LEE  on  1-12-2021 .
             (Location)                     (Date)

_Steve Whyte_
Your Signature

Attachment E

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

STEVEN CRAIG WHYTE
_Your full name_

v.                                              Civil Action No.: 3:21cv9

Officers R. Skinner, D. McIntyre, Hunt, Stickney, LT. Barber, LT. Barrientos, LT. Abdellaz, A. Moyers
_Enter above the full name of defendant(s) in this action_

## Certificate of Service

I, Steven Craig Whyte (your name here), appearing *pro se*, hereby certify that I have served the foregoing  Bivens Action  (title of document being sent) upon the defendant(s) by depositing true copies of the same in the United States mail, postage prepaid, upon the following counsel of record for the defendant(s) on  1-12-2021  (insert date here):

(List name and address of counsel for defendant(s))

_____
(sign your name)