Attachment A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED

MAR 1 4 2022

U.S. DISTRICT COURT-WVND
MARTINSBURG, WV 25401

Steven Craig Whyte,

_____Plaintiff,_____

*Your full name*

\* AMENDED PER COURT ORDER
**FEDERAL CIVIL RIGHTS
COMPLAINT
(*BIVENS* ACTION)**

v.
THE UNITED STATES OF AMERICA,

C.O. R. SKINNER,

C.O. D. MCINTYRE,
C.O. HUNT, C.O. STICKNEY,

L.T. BARBER,
L.T. BARRIENTOS,

L.T. ABDELLAZ, and HEALTH SERVICE
C.O. a. MOYERS, Defendants.

*Enter above the full name of defendant(s) in this action*

Civil Action No.: _____3:21-cv-9_____
*(To be assigned by the Clerk of Court)*

\* Jury Trial Requested

## I.    JURISDICTION

This is a civil action brought pursuant to **Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971).**  The Court has jurisdiction over this action pursuant to Title 28 U.S.C. §§ 1331 and 2201.

## II.    PARTIES

*In Item A below, place your full name, inmate number, place of detention, and complete mailing address in the space provided.*

A.    Name of Plaintiff: Steven Craig Whyte    Inmate No.: 213870-040
       Address:United States Penitientiary Terre Haute
            P.O. Box 33 Terre Haute, Indiana 47808

*In Item B below, place the full name of each defendant, his or her official position, place of employment, and address in the space provided.*

Attachment A

B.    Name of Defendant: C.O. R. Skinner
      Position: C.O. at USP Hazelton
      Place of Employment: USP Hazelton, West Virginia
      Address: 1640 Skyview Dr., Bruceton Mills, WV 26525

      Was this Defendant acting under the authority or color of federal state
      law at the time these claims occurred?    ☒ Yes        ☐ No

      If your answer is "YES," briefly explain: C.O. Skinner violated the
      Plaintiff's rights -- Excessive/Unnecessary use of force; Cruel
      and unusual punishment.


B.1   Name of Defendant: C.O. Stickney
      Position: C.O. at USP Hazelton
      Place of Employment: USP Hazelton, West Virginia
      Address: 1640 Skyview Dr., Bruceton Mills, WV 26525

      Was this Defendant acting under the authority or color of federal state
      law at the time these claims occurred?    ☒ Yes        ☐ No

      If your answer is "YES," briefly explain: C.O. Stickney violated the
      Plaintiff's rights -- Deliberate Indifference to Excessive/
      Unnecessary use of force.


B.2   Name of Defendant: C.O. McIntyre
      Position: C.O. at USP Hazelton
      Place of Employment: USP Hazelton, West Virginia
      Address: 1640 Skyview Dr., Bruceton Mills, WV 26525

      Was this Defendant acting under the authority or color of federal state
      law at the time these claims occurred?    ☒ Yes        ☐ No

**Attachment A**

If your answer is "YES," briefly explain: C.O. McIntyre vilolated the Plaintiff's rights -- Excessive/Unnecessary use of force.

B.3    Name of Defendant: C.O. Hunt
Position: C.O. at USP Hazelton
Place of Employment: USP Hazelton, West Virginia
Address: 1640 Skyview Dr., Bruceton Mills, WV 26525

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?    ☒ Yes        ☐ No

If your answer is "YES," briefly explain: C.O. Hunt violated the Plaintiff's rights -- Excessive/Unnecessary use of force; Deliberate Indifference to Excessive/Unnecessary use of force.

B.4    Name of Defendant: L.T. Barber
Position: L.T. at USP Hazelton
Place of Employment: USP Hazelton, West Virginia
Address: 1640 Skyview Dr., Bruceton Mills, WV 26525

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?    ☒ Yes        ☐ No

If your answer is "YES," briefly explain: L.T. Barber violated the Plaintiff's rights -- Excessive/Unnecessary use of force; Deliberate Indifference to Excessive/Unnecessary use of force.

**Attachment A**

B.5    Name of Defendant: L.T. Barrientos
       Position:    L.T. at USP Hazelton
       Place of Employment: USP Hazelton, West Virginia
       Address:  1640 Skyview Dr., Bruceton Mills, WV 26525

Was this Defendant acting under the authority or color of federal state
law at the time these claims occurred?    ☒ Yes        ☐ No

If your answer is "YES," briefly explain: L.T. Barrientos violated the
rights -- Excessive/Unnecessary use of force;  Deliberate Indifference
to Excessive/Unnecessary use of force.

## III.    PLACE OF PRESENT CONFINEMENT

Name of Prison/ Institution: USP Terre Haute

A.    Is this where the events concerning your complaint took place?
      ☐ Yes      ☒ No

If you answered "NO," where did the events occur?
USP Hazelton,  1640 Skyview Dr., Bruceton Mills, WV 26525

B.    Is there a prisoner grievance procedure in the institution
      where the events occurred?      ☒ Yes        ☐ No

C.    Did you file a grievance concerning the facts relating to this complaint in the
      prisoner grievance procedure?
      ☒ Yes        ☐ No

D.    If your answer is "NO," explain why not: N/A

E.    If your answer is "YES," identify the administrative grievance procedure
      number(s) in which the claims raised in this complaint were addressed

**Attachment A**

and state the result at level one, level two, and level three. **ATTACH GRIEVANCES AND RESPONSES:**

LEVEL 1 _BP-9_____

LEVEL 2 _BP-10_____

LEVEL 3 _Administrative Remedy Regional Appeal/Denied_____

## IV.  PREVIOUS LAWSUITS AND ADMINISTRATIVE REMEDIES

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?          ☐ Yes          ☒ No

B.  If your answer is "YES", describe each lawsuit in the space below. If there is more than one lawsuit, describe additional lawsuits using the same format on a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

1.  Parties to this previous lawsuit:

Plaintiff(s):_____

Defendant(s):_____

2.  Court: _____
(If federal court, name the district; if state court, name the county)

3.  Case Number:_____

4.  Basic Claim Made/Issues Raised: _____
_____
_____
_____

5.  Name of Judge(s) to whom case was assigned:
_____

6.  Disposition: _____
(For example, was the case dismissed? Appealed? Pending?)

7.  Approximate date of filing lawsuit:_____

8.    Approximate date of disposition. Attach Copies: _____

C.    Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?
☒ Yes        ☐ No

D.    If your answer is "YES," briefly describe how relief was sought and the result.  If your answer is "NO," explain why administrative relief was not sought.

Used FBOP Administative Remedy Process and Exhausted remedies

E.    Did you exhaust available administrative remedies?
☒ Yes        ☐ No

F.    If your answer is "YES,", briefly explain the steps taken and attach proof of exhaustion.  If your answer is "NO," briefly explain why administrative remedies were not exhausted.

Used Administarative Remedy Process and Exhausted Remedies

G.    If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G. PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

1.    Parties to previous lawsuit:

**Attachment A**

Plaintiff(s): _____

Defendant(s): _____

2.    Name and location of court and case number:

_____

_____

_____

3.    Grounds for dismissal:    ☐ frivolous    ☐ malicious
      ☐ failure to state a claim upon which relief may be granted

4.    Approximate date of filing lawsuit: _____

5.    Approximate date of disposition: _____


## V.    STATEMENT OF CLAIM

*State here, as **BRIEFLY** as possible, the facts of your case. Describe what each defendant did to violate your constitutional rights. **You must include allegations of specific wrongful conduct as to EACH and EVERY defendant in the complaint.** Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph. **UNRELATED CLAIMS MUST BE RAISED IN SEPARATE COMPLAINTS WITH ADDITIONAL FILING FEES. NO MORE THAN FIVE (5) TYPED OR TEN (10) NEATLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT. (LR PL 3.4.4)***

CLAIM 1: Violation of Eighth Amendment Right to be free from Cruel and Unusual Punishment charged against defendant Skinner who is sued in his individual and official capacity. Defendants L.T. Barrientoes, Hunt, McIntyre and Barber are included herein.

Supporting Facts: Skinner beat the Plaintiff wihout cause - SEE Attachment (Pages 2-3) Paragraphs 2-23

**Attachment A**

Barrientos, Hunt, McIntyre, and Barber also took part in these allegations. SEE Attachment Pages 2-3  Paragraphs 2-23

CLAIM 2: Violation of Eighth Amendment Right to be free from Deliberate Indifference charged against defendants Stickney, Barber and Hunt who are sued in their individual and official capacities. L.T. Barrientos is also included in this charge.

Supporting Facts: Stickney, Barber and Hunt stood by and watched as Skinner beat the Plaintiff and were deliberatly indifferent to the FBOP Policies that mandate that they protect the Plaintiff and the Constitutional requirement to do so.  SEE Attachment Pages 2-3.  Paragraphs 2-23. L.T. Barrientos is also included in these charges.

CLAIM 3:  Violation of Eighth Amendment Rights to be free from Cruel and Unusual Punishment charged against Skinner, L.T. Abdellaz, Barber, Hunt, McIntyre who are sued in their individual and official capacities.

Supporting Facts:  Skinner, Abdellaz, Barber, Hunt and McIntyre sexually assaulted the Plaintiff and caused harm.  SEE Attachment Pages 4-5 Paragraph 24-54.

CLAIM 4: Violation of Eighth Amendment Right to be free from Deliberate Indifference charged agaisnt Skinner, Abdellaz, Hunt, McIntyre, Barber who are charged in their individual and official capacities.

Supporting Facts: Abdellaz, Hunt, McIntyre and Barber watched as Skinner sexually assaulted the Plaintiff and did not help in violation of FBOP

**Attachment A**



Policies that mandate that they step in.  The Constitution also mandates thet they step in and each officer took an oath to uphold the Constitution SEE Attachment Pages 4-5  Paragraphs 24-54

CLAIM 5:  Violation of Eighth Amendment Right to be free from Diliberate Indifference charged against defendant Moyers who is sued in his individual and official capacities.

Supporting Facts:  Moyers failed to provide medical care after the fact. This caused the Plaintiff pain and scars.  The Plaintiff repeatedly requested help through medical services and did not receive it. SEE Attachment Page 6  Paragraph 58-61

## VI.  INJURY

Describe **BRIEFLY and SPECIFICALLY** how you have been injured and the exact nature of your damages.

I am permanently scarred around my waist from the belly-chains being too tight; I was physically injured at the time of the incident, bleeding, black and blue;  I am permanently emotionally scarred due to the outrageous behavior of the officers.

## VII.  RELIEF

State **BRIEFLY and EXACTLY** what you want the Court to do for you. *Make no legal arguments. Cite no cases or statutes.*

I am seeking $250,000.00 jointly and severly against defedants Skinner, Barrientos, Hunt, McIntyre and Barber for physical and emotional injuries sustained as a result of the multiple beatings;  $100,000.00 jointly and severly against Stickney, Barber and Hunt for watching as others assaulted Plaintiff; $100,000.00 against Skinner for sexual assault; $50,000.00 against Moyer for Deliberate Indifference;  $25,000.00 punitive against Skinner, Berrientos, Hunt, McIntyre and Barber, $15,000.00 against Stickney, Abdellaz and Moyer.

**Attachment A**

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate.  Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at ___USP Terre Haute___ on ___3/09/22___ .

          (Location)              (Date)

___Steven White___
Your Signature